# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Faida Zakaria,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Flack Global Metals, et al.,<br><br>　　　　　Defendants. | No. CV-21-01146-PHX-MTL<br><br>**ORDER** |

**IT IS ORDERED** granting the parties' Stipulated Dismissal With Prejudice (Doc. 53).

**IT IS FURTHER ORDERED** that all pending motions are denied as moot and all hearings are vacated.

**IT IS FURTHER ORDERED** that the Clerk of Court shall dismiss this action **with prejudice**, with each party bearing their own attorneys' fees and costs.

Dated this 1st day of August, 2022.

Michael T. Liburdi
United States District Judge